D+T

# LAW OFFICES OF YOMI AWOYINFA
## ATTORNEYS-AT-LAW
27 UNION SQUARE WEST, SUITE 503
NEW YORK, NEW YORK 10003
212-352-3430; 347-739-5311; 212-352-3428 (FAX)

*MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT*

July 31, 2006

*Application Granted*

Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED** *So Ordered.*
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 3 2006 ★
BROOKLYN OFFICE

s/Robert Levy

7/31/06

*Sent by Facsimile to (718) 613-2345*

Re: Docket No. 06 CV 3125 (JG)
Kingston v. Best Express et al
Request for Adjournment of initial conference

*The Conference is adjourned to September 12, 2006 @ 10:00 AM*

Dear Judge Levy:

As attorney for the Plaintiff, and with the consent of other attorneys in this matter, I respectfully request an adjournment of the initial conference in this matter scheduled for Thursday, August 3, 2006.

The request for an adjournment is based upon the fact that counsel to parties have not been able to hold the meeting required by Rule 26 Fed. R. Civ. P. This is predicated upon the fact that the Federal National Mortgage Association (FANNIE MAE) has not been able to effect a substitution of attorney in this matter. About two weeks ago when I contacted Philip J. Onarato, Esq., of Wood, Rafalsky & Wood, LLP for the purposes of said meeting, among other issues, he informed me that his office was no longer representing FANNIE MAE and that I shall be receiving a notice of substitution of attorney shortly. I am yet to receive said Notice and thus unable to hold the meeting. Your Honor would recall that this case was removed to this Court upon a Notice filed by FANNIE MAE.

Based upon the schedules of other counsel in this matter, I respectfully suggest the first week in September, 2006 for the initial conference, subject to the Court's convenience.

There has been no prior request for adjournment in this matter.

Respectfully submitted

*Obayomi Awoyinfa*

Obayomi Awoyinfa, Esq.

CC: Firestone & Harris
   Attorneys for Best Express and Wall Street Mortgage (by facsimile)

   Edward Kesselman, Esq
   Attorney for Stewart Insurance Company (by facsimile)

   Philip J. Onorato, Esq.,
   Wood, Rafalsky & Wood (by facsimile)